**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STACEY KILE,  Plaintiff,  v.  PROGRESSIVE INSURANCE CORPORATION  Defendant. | CIVIL ACTION NO. 3:12-cv-218  (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 10th day of February, 2012, **IT IS HEREBY ORDERED** that the Plaintiff is given leave to file an amended complaint within twenty-one (21) days from the date of this Order. If the Plaintiff fails to do so, the action will be dismissed.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge